IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-4069 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **Count 1** |
| | ) | 21 U.S.C. § 841(a)(1) |
| PHILLIP A. PLUMMER, | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 846 |
| Defendant. | ) | Conspiracy to Distribute a |
| | ) | Controlled Substance |
| | ) | |
| | ) | **Counts 2-5** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 860(a) |
| | ) | Distribution of a Controlled |
| | ) | Substance Near a Protected Location |
| | ) | |
| | ) | **Counts 6-8** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | Distribution of a Controlled |
| | ) | Substance |
| | ) | |
| | ) | **Count 9** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | Possession with Intent to Distribute |
| | ) | a Controlled Substance |

The Grand Jury charges:

## Count 1

**Conspiracy to Distribute a Controlled Substance**

Between on or about 2022, and continuing to on or about May 2023, in the Northern District of Iowa and elsewhere, defendant PHILLIP A. PLUMMER did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## Count 2

**Distribution of a Controlled Substance Near a Protected Location**

On or about June 9, 2022, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute a mixture or substance containing 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Mater Dei Catholic School, Sioux City, Woodbury County, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 860(a).

## Count 3

**Distribution of a Controlled Substance Near a Protected Location**

On or about June 21, 2022, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute a mixture or substance containing 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Mater Dei Catholic School, Sioux City, Woodbury County, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 860(a).

## Count 4

**Distribution of a Controlled Substance Near a Protected Location**

On or about July 5, 2022, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute a mixture or substance containing 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Mater Dei Catholic School, Sioux City, Woodbury County, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 860(a).

## Count 5

**Distribution of a Controlled Substance Near a Protected Location**

On or about July 20, 2022, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute a mixture or substance containing 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, within 1,000 feet of a school, specifically Hunt Elementary School, Sioux City, Woodbury County, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 860(a).

## Count 6

**Distribution of a Controlled Substance**

On or about September 13, 2022, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 7

### Distribution of a Controlled Substance

On or about April 5, 2023, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 8

### Distribution of a Controlled Substance

On or about April 26, 2023, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally distribute of a mixture or substance containing a detectable amount of methamphetamine containing 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count 9

### Possession with Intent to Distribute a Controlled Substance

On or about May 23, 2023, in the Northern District of Iowa, defendant PHILLIP A. PLUMMER did knowingly and intentionally possess with intent to distribute a mixture or substance containing 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

SHAWN S. WEHDE
Assistant United States Attorney

A TRUE BILL

*[redacted signature]*

Grand Jury Foreperson

Date: 9-19-24

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 09-19-2024
PAUL DE YOUNG, CLERK