# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24-cr-4069 |
| Phillip A. Plummer | ) |
| *Defendant* | ) |

**RECEIVED**
By US MARSHALS NIA at 3:29 pm, Jan 16, 2025

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Phillip A. Plummer ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of pretrial supervision.

Date: 01/09/2025

/s/kms
*Issuing officer's signature*

City and state:   Sioux City, IA

Paul De Young, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/16/2025 , and the person was arrested on *(date)* 1/16/2025
at *(city and state)* Sioux City, IA .

Date: 1/16/2025

*Brian Proctor*
*Arresting officer's signature*

Proctor, Brian O./ Deputy US Marshal
*Printed name and title*