# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-CR-4069-LTS-KEM |
| Phillip A. Plummer | ) | |
| *Defendant* | ) | |

**ORDER OF TEMPORARY DETENTION AND SCHEDULING HEARING**

A hearing in this case is scheduled as follows:

☐ Preliminary Hearing

☐ Detention Hearing

☑ Bond Revocation/Pretrial Release Revocation Hearing

| Place: United States Courthouse<br>320 6th Street - First Floor Courtroom<br>Sioux City, Iowa 51101 | Before Judge Kelly K.E. Mahoney |
|---|---|
| | Date and Time: 01/28/2025 at 1:15 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/21/2025

*Judge's signature*

Kelly K.E. Mahoney
Chief Magistrate Judge
*Printed name and title*